UNITED STATES of America,
Plaintiff–Appellee,

v.

Jose LIMON–MORA, Defendant–
Appellant.

No. 05–10636.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 24, 2007.*

Filed Sept. 28, 2007.

Elizabeth R. Berenguer, Esq., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See*

Carla G. Ryan, Esq., Law Offices of Carla G. Ryan, Tucson, AZ, for Defendant–Appellant.

Before: CANBY, TASHIMA, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Jose Limon–Mora appeals from the 63–month sentence imposed following his guilty-plea conviction for illegal re-entry, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Limon–Mora contends that the district court erred in enhancing his sentence pursuant to 8 U.S.C. § 1326(b)(2) because he was previously "excluded" rather than "removed" from the United States subsequent to a conviction for commission of an aggravated felony. We disagree. Limon–Mora's departure from the United States following his felony conviction, pursuant to an immigration order, was a removal for purposes of 8 U.S.C. § 1326(b). *See United States v. Diaz–Luevano,* 494 F.3d 1159, 1161–62 (9th Cir.2007) (per curiam); *United States v. Luna–Madellaga,* 315 F.3d 1224, 1226 (9th Cir.2003). It is inconsequential that the reinstatement of Limon–Mora's prior removal was ordered by an immigration official, rather than an immigration judge. *See Morales–Izquierdo v.*

Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* Peter D. Keisler is substituted for his predecessor, Alberto R. Gonzales, as Acting Attorney

*Gonzales,* 486 F.3d 484, 498 (9th Cir.2007) (en banc).

**AFFIRMED.**